1518-14

# ELECTRONIC RECORD

COA # 05-13-01208-CR          OFFENSE: 29.03

STYLE: Derrick Arnold v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: Criminal District Court No. 2

DATE: 10/17/2014          Publish: NO     TC CASE #:     F-1263918-I

## IN THE COURT OF CRIMINAL APPEALS

STYLE:     Derrick Arnold v. The State of Texas          CCA #: 1518-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 02/25/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD